SEALED

FILED BY _____ D.C.

FEB 15 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

IN THE MATTER OF
THE EXTRADITION OF
RAYDEL DIAZ MORALES
A/K/A EL CUBA

_____ /

**FILED UNDER SEAL**

**COMPLAINT**
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to Mexico.

2. There is an extradition treaty in force between the United States and Mexico, the Extradition Treaty Between the United States of America and the United Mexican States, U.S.-Mex., May 4, 1978, 31 U.S.T. 5059, *as amended by* the Protocol to the Extradition Treaty Between the United States of America and the United Mexican States of May 4, 1978, U.S.-Mex., Nov. 13, 1997, S. Treaty Doc. No. 105-46 (1998) (collectively referenced hereafter as the "Treaty").

3. The Treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request and supporting documents.

4. In accordance with Article 11 of the Treaty, the Government of Mexico has asked the United States for the provisional arrest of Raydel Diaz Morales, a/k/a "El Cuba," ("Diaz Morales"), a Cuban citizen, with a view towards his extradition.

5. According to the information provided by the Government of Mexico, Diaz Morales was charged with aggravated homicide, committed with premeditation, malice aforethought, advantage, and brutal ferocity, in violation of Articles 252, 258, and 259 of the Criminal Code of the State of Sonora, Mexico, in relation to Articles 260, 261, 262 Bis, and 262 Ter of the same code.

6. This offense was committed within the jurisdiction of Mexico. A warrant for Diaz Morales's arrest was issued on February 12, 2021, by the Criminal Judge for Oral Proceedings of the 3rd District of the Judicial Branch of the State of Sonora, Mexico.

7. The provisional arrest request presents the following facts as the basis for the criminal charge and arrest warrant:

   a. At around noon on February 7, 2021, Diaz Morales, who is nicknamed "El Cuba," arrived at a mural painting event held in Nogales, Sonora, Mexico, along with his romantic partner, Flor Lopez ("Lopez"). Hugo Ivan Valle Paz ("Valle Paz") also participated in the event, along with his cousin, Adrian Paz Gonzalez ("Paz Gonzalez"); his friend, Abraham Limon Guzman; and others including Hector Daniel Luna Ortega and Diego Alejandro Corona Garay. At some point at the event, Diaz Morales and Valle Paz had an argument. At around 9:00 p.m., Valle Paz left the event with Paz Gonzalez and others to go to the Paz Gonzalez's art studio, which was located on the third floor of a building in Nogales. According to Paz Gonzalez, he and others carried paint up to the art studio, and Valle Paz went to buy some cigarettes. Approximately five minutes later, Paz Gonzalez heard glass breaking, so he ran downstairs and, as he was doing so, heard Valle Paz shout, "Cousin, cousin," "Help me, El Cuba wants to kill me!"

b. Upon arriving at the ground floor, Paz Gonzalez saw that the building's glass door was shattered. According to Paz Gonzalez, Valle Paz was lying on the floor, covered in blood, with Diaz Morales on top of him, yelling, "You won't laugh at me, you won't steal from me, I told you that I was going to f*** you up," while stabbing Valle Paz in the chest. Then Diaz Morales turned to Paz Gonzalez, pointing with a bloody knife and saying, "Thank God that I left him alive." Subsequently, Lopez, who was waiting outside in a blue Jeep, called to Diaz Morales, and he got into the vehicle and left.

c. Statements from others who accompanied Valle Paz at the mural event and to the art studio corroborate Paz Gonzalez's description of what happened.

d. Valle Paz died as a result of his wounds. An autopsy was performed on February 8, 2021, in which the medical examiner concluded that the cause of Valle Paz's death was hypovolemic hemorrhagic shock caused by a wound to the pulmonary area produced by a bladed weapon.

8. The offense with which Diaz Morales is charged is provided for in Article 2 of the Treaty.

9. Diaz Morales may be found within the jurisdiction of this Court at 10510 SW 200th Terrace, Cutler Bay, FL 33189.

10. The Government of Mexico has represented that it will submit a formal request for extradition, supported by the documents specified in the Treaty, within the time required under the Treaty.

11. Diaz Morales would be likely to flee if he learned of the existence of a warrant for his arrest.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with Title 18, United States Code, Section 3184, and the extradition treaty between the United States and Mexico, and that this Complaint and the Arrest Warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

*[signature]*
Lacee Elizabeth Monk
Assistant United States Attorney

Subscribed and sworn before me this February 15, 2022.

*[signature]*
HONORABLE EDWIN G. TORRES
CHIEF U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA